COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| ROY GENTRY CLARKE, | § | No. 08-23-00016-CV |
| | § | |
| Appellant/Cross Appellee, | § | Appeal from the |
| | § | |
| v. | § | 73rd Judicial District Court |
| | § | |
| REXANN PASSMORE CLARKE, | § | of Bexar County, Texas |
| | § | |
| Appellee/Cross Appellant. | § | (TC#2019-CI-07923) |

## J U D G M E N T

The Court has considered this cause on Appellee/Cross-Appellant's voluntary motion to dismiss the cross-appeal and concludes the motion should be granted and the cross-appeal should be dismissed. We therefore dismiss the cross-appeal. We further order Appellee/Cross-Appellant to pay all costs of the cross-appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.